STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Alissa Piazza Tassin
Attorney at Law
P. O. Box 429
Marksville, LA  71351


**REHEARING ACTION: June 3, 2015**


**Docket Number: 14   00976-CA**

**KIRBY A. ROY, III, ET UX.**
**VERSUS**
**NELSON BORDELON, ET AL.**

**Appealed from Avoyelles Parish Case No. 2011-6536-A**


**BEFORE JUDGES:**

> **Hon. Jimmie C. Peters**
> **Hon. Marc T. Amy**
> **Hon. Shannon J. Gremillion**
> **Hon. John E. Conery**
> **Hon. David Kent Savoie**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Nelson Bordelon, Wayne Gremillion, and Richard Tassin** has

this day been

> **DENIED.**


cc: Christopher Brent Coreil, Counsel for the Appellee